## McKINLEY, EX PARTE.
*Mandamus.*
(Decided Feb. 2, 1909.)

Original petition in Supreme Court.

W. R. WALKER, for petitioner. W. H. SIMPSON, pro se.

Per curiam. Petition dismissed.

---

## McMILLAN V. CITY OF BIRMINGHAM.
*Violating City Ordinance.*
(Decided Dec. 17, 1909.)

APPEAL from Jefferson Criminal Court.

Heard before Hon. A. C. HOWZE.

JOHN T. GLOVER, for appellant. E. D. SMITH, for appellee.

Per curiam. Dismissed for want of assignment of error. Motion to set aside judgment denied.

---

## MITCHUM, ET AL. V. BOUTWELL.
*Assumpsit.*
(Decided Jan. 19, 1909.)

APPEAL from Coffee Circuit Court.

Heard before Hon. H. A. PEARCE.

J. F. SANDERS, for appellant. CLAUDE RILEY, for appellee.

Per curiam. Errors confessed and cause reversed and remanded.

---

## MURDOCK & STANLEY V. MARTIN.
*Assumpsit.*
(Decided Jan. 14, 1909.)

APPEAL from Geneva County Court.

Heard before Hon. P. N. HICKMAN.

W. O. MULKEY, for appellant. J. F. JOHNSON, for appellee.

Per curiam. Errors confessed and judgment rendered by consent for defendants.